**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00254-CV

**JERRY RICKETTS AND ALL INSURANCE MARKETING, INC., Appellants**

**V.**

**WINDSOR PROPERTY AND SURETY, LLC AND WCM DIRECT LLC, Appellees**

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-09149

## ORDER

The reporter's record in this accelerated case is overdue. By postcard dated March 14, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within ten days. To date, the reporter's record has not been filed.

We **ORDER** Sheretta L. Martin, Official Court Reporter for the 162nd Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or paid or made arrangements to pay for the record. *We notify appellant that if we receive verification the record has not been requested, or paid for, or no arrangements have*

*been made to pay for the record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c)

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to:

Sheretta L. Martin
Official Court Reporter, 162nd Judicial District Court.


/s/    CAROLYN WRIGHT
CHIEF JUSTICE